UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTAUNE BROWN,

                    Plaintiff,

          -v-

47 PITT GROCERY, INC. and WELL MING CORP.,

                    Defendants.

24-CV-802 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendants were served on February 16, 2024. However, even though counsel has appeared on Defendants' behalf, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by April 30, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: April 15, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge